## 58508. WILLIAMS v. THE STATE.

SMITH, Judge.

The evidence here was sufficient to convince any reasonable trier of fact beyond a reasonable doubt that Williams was guilty of the crime charged. His only contention being that the evidence did not authorize the verdict, his burglary conviction is affirmed.

*Judgment affirmed. Quillian, P. J., and Birdsong, J., concur.*

SUBMITTED SEPTEMBER 12, 1979 — DECIDED NOVEMBER 7, 1979.

*Robert C. Ray,* for appellant.

*Lewis R. Slaton, District Attorney, Joseph J. Drolet, Dean Davis, Assistant District Attorneys,* for appellee.